UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW R. SMALL,<br><br>              Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>              Defendant. | No.  CV-08-0035-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND PURSUANT<br>TO SENTENCE FOUR OF 42<br>U.S.C. 405(g) |

    BEFORE THE COURT is the parties' stipulated Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings.  (Ct. Rec. 17).  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 6.) After considering the stipulation of the parties,

    **IT IS ORDERED:**

    1.   The parties' stipulated Motion for Remand **(Ct. Rec. 17)** is **GRANTED**.  The above-captioned case shall be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will update the medical record with existing evidence from the treating sources, including

ORDER GRANTING STIPULATED
MOTION FOR REMAND - 1

medical source statements indicating Plaintiff's functional abilities with and without drug and alcohol abuse; re-evaluate the severity of Plaintiff's mental impairments pursuant to 20 C.F.R. §§ 404.1520a, 416.920a; re-evaluate Plaintiff's credibility; re-evaluate Plaintiff's RFC; evaluate the materiality of drug and alcohol abuse; and obtain vocational expert testimony at step five of the sequential evaluation process.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED September 18, 2008.

                  S/ CYNTHIA IMBROGNO
             UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED
MOTION FOR REMAND - 2